**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**ROBERT L. PETRY,**
    **Plaintiff,**

v.                                          **Civil Case No.: 3:08-cv-00055-JPB**

**NATIONAL CITY MORTGAGE,**
    **Defendant.**

## JOINT MOTION TO DISMISS

COME NOW, Plaintiff Robert Petry ("Plaintiff") and Defendant National City Mortgage, ("Defendant"), by their respective counsel, and hereby jointly move the Court to dismiss the above-referenced proceeding. In support of said motion, the parties represent to the Court that they have reached a settlement of all claims asserted in the Complaint. The parties further represent that the terms of the settlement have been memorialized in an Agreement and Mutual Release.

WHEREFORE, Plaintiff Robert Petry and Defendant National City Mortgage, move that this Court enter an Order of Dismissal, dismissing the claims and causes asserted by the Plaintiff in the Complaint against Defendant, with prejudice. The parties tender the Proposed Order appended hereto for consideration by the Court.

**NATIONAL CITY MORTGAGE,**

**By Counsel,**

    /s/ Chris R. Arthur
Chris R. Arthur, Esquire (WVSB #9192)
Samuel I. White, P.C.
300 Capitol Street, Suite 1600
Charleston, WV 25301
(304) 414-0200
*Counsel for Defendant National City Mortgage*

Seen and Agreed:


     /s/ Aaron Amore
Aaron Amore, Esquire
211 W. Washington Street
Charles Town, WV  25414
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT L. PETRY,**
    **Plaintiff,**

**v.**          **Civil Case No.: 3:08-cv-00055-JPB**

**NATIONAL CITY MORTGAGE,**
    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing "*Joint Motion to Dismiss*" has been served upon the following counsel of record via U.S. Mail:

>Aaron Amore, Esquire
>211 W. Washington Street
>Charles Town, WV  25414
>*Counsel for Plaintiff*

Done this  2nd   day of January, 2009.

>      /s/ Chris R. Arthur
>Chris R. Arthur (WV Bar No. 9192)
>SAMUEL I. WHITE, PC
>300 Capitol Street, Suite 1600
>Charleston, WV 25301
>(304) 414-0200
>carthur@siwpc.com